# THE NOLAN LAW FIRM
### A GENERAL LAW PRACTICE

WILLIAM PAUL NOLAN, ESQ.
E-MAIL
WPN@ATTORNEYSNEWYORK.COM

444 EAST 75TH STREET
NEW YORK, NEW YORK 10021
15TH FLOOR
(ADDRESS FOR SERVICE)

TELEPHONE
(212) 308-3456
TELECOPIER
(212) 879-6806

590 MADISON AVENUE
NEW YORK, NEW YORK 10022
21ST FLOOR


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08


RECEIVED
JUN 20 2008
JUDGE CHIN'S CHAMBERS

June 19, 2008

Hon. Denny Chin
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, New York 10007-1312
Room 1020

Re: ***Muller v. Twentieth Century Fox Film Corporation et al***
    <u>**08 CIV. 02550**</u>

USDJ Chin:

    This is Plaintiff's first request for an extension of time. Prior to the filing of the Complaint, I engaged in discussions concerning Plaintiff's claims with counsel for those parties named as Defendants herein. On March 14, 2008, Plaintiff sent 4 copies of the Summons and Complaint and the attached letter to Bonnie Bogin, Esq., Senior Vice-President, Twentieth Century Fox Film Corp., 2121 Avenue of the Stars, Suite 700, Los Angeles, CA. 90067, which letter stated:

Bonnie:

    A litigation was filed today in the Southern District of New York under index number 08 CV 02550 (D. Chin) on behalf of our client, Mr. Muller, against your clients, Twentieth Century Fox Film Corp., Paul W.S. Anderson, Davis Entertainment and Brandywine Productions. Attached are 4 copies of the Summons and Complaint. I presume you will accept service on behalf of your clients. Thus, attached is a sample form of "Waiver of Service of Summons" taken from the Southern District of New York's web site and a return envelope to my attention. Thank you.

In the interim, the parties have continued discussions including exchanging documents concerning the resolution of this action. Thus, pursuant to Rule 4(m) FRCP, Plaintiff requests that the time for service of process be extended to October 1, 2008.

Very truly yours,

*[signature]*

William Paul Nolan (#8292)

cc: Bonnie Bogin, Esq.

*[Handwritten order:]*

Application GRANTED, but only until Sept. 8, 2008.

So ORDERED.

*[signature]*

USDJ
6/23/08