UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------X
                         :
JAMES MULLER,           :  08 CIV. 02550 (DC)
                         :
          Plaintiff,   :  <u>AMENDED COMPLAINT</u>
                         :
     -against-      :
                         :
TWENTIETH CENTURY FOX FILM  :  PLAINTIFF DEMANDS
CORPORATION, PAUL W.S.     :  <u>TRIAL BY JURY</u>
ANDERSON and DAVIS        :
ENTERTAINMENT, INC.,     :
                         :
         Defendants.   :
                         :
-----------------------------X

     Plaintiff, James Muller, by his attorneys, The Nolan Law Firm, for his Amended Complaint against Defendants, Twentieth Century Fox Film Corporation, Paul W.S. Anderson and Davis Entertainment, Inc., alleges as follows.

**THE PARTIES**

**Plaintiff**

     1.  Plaintiff, James Muller, wrote an original screenplay "The Lost Continent" ("TLC").

     2.  On August 6, 1996, Plaintiff registered TLC with the Writers' Guild of America East.  A copy of said registration is attached as Exhibit 1.

     3.  On September 13, 2007, Plaintiff received a copyright for TLC from the United States Copyright Office under registration number PAu3-336-757.  A copy of said registration is attached as Exhibit 2.

**Defendants**

4.   Defendant Twentieth Century Fox Film Corporation ("Fox")
a foreign corporation, licensed to do business in the State of
New York, co-produced <u>Alien vs. Predator</u> ("AVP"), a feature
length movie, which was shown for public admission in theaters in
New York, New York.

5.   Defendant Paul W.S. Anderson ("Anderson") allegedly
wrote the screenplay for and directed AVP.

6.   Defendant Davis Entertainment Company, Inc. ("Davis"),
upon information and belief, a foreign corporation, not licensed
to do business in the State of New York, co-produced AVP.

### THE NATURE OF THE ACTION

7.   This is an action for copyright infringement and breach
of implied contract arising out of Defendants' deliberate,
wilful, and unauthorized copying, publication, dissemination,
distribution, exploitation and use of Plaintiff's TLC screenplay
and Plaintiff's ideas in Defendants' movie AVP.  Copies of the
TLC and AVP screenplays are attached for comparison including
Plaintiff's cross-reference notations on the screenplays as
Exhibits 3 and 4.

### JURISDICTION AND VENUE

8.   This action arises under the Copyright Act of 1976
("Copyright Act"), 17 U.S.C. §§ 101 *et seq.*

9.   This Court has original jurisdiction pursuant to 28

2

U.S.C. §§1331 and 1338(a).

10.   Venue is proper pursuant to 28 U.S.C. §§1400(a),
1391(b) and (c).  A substantial part of the events giving rise to
Plaintiff's claim occurred in this District.

### INTRODUCTION

11.   Alien and Predator were successful movies.  Faced with
the acknowledged challenge and opportunity to combine the Alien
and Predator franchises, TLC provided Defendant Anderson a unique
creative expression, fresh scientific research and a completed
screenplay to serve as the template to combine the franchises
into AVP.   TLC had the vicious Baphomet creatures, which were
very similar to and acted in the same fashion as the Alien
creatures.   All that remained for Defendant Anderson to do was to
insert the Predator into TLC's screenplay, which Anderson did by
replacing TLC's Roessler character, which character served as
TLC's female protagonist, Graham's, fighting comrade and final
ally and to mirror synonyms and usage.   In fact, as demonstrated
in the Access Section *infra*, Plaintiff's 1996 query letters
marketed TLC to the movie industry with the catch phrase "in the
vein of *Aliens* or *Congo*".

12.   Defendant Paul W.S. Anderson is quoted in an August 9,
2004 Dark Horizons article, which is attached as Exhibit 5, that
he "had the idea for the movie literally nine years ago".
However, the earliest known Anderson AVP screenplay is from 2002.

3

The <u>Dark Horizons</u>' article also makes the point that as opposed to Alien, which was set in space, AVP like TLC was set on earth.

13.  Similarly, a June 2004 <u>Cinescape</u> article, "Alien vs. Predator", which is attached as Exhibit 6, made the same space / earth distinction; highlighted AVP's use of a "pyramid buried deep within the ice", as occurred in TLC, and the fact that in AVP, just like TLC, the creatures don't appear until later in the story.[1]  This last item was recognized by Mr. John Davis, an AVP producer, in an interview included in the "Pre-Production" section of disc 2 of the 2004 DVD "AVP – Uncut Version" where Mr. Davis is seen and heard stating:

> Paul Anderson walked into my office and pitched me a story that he really wanted to do for 8 years and he started to pitch me this story, and it was one of those stories, like Jaws, that just drew you in, and drew you in. You didn't see the Predator, you didn't see the Alien.  The movie started out to be an adventure about something else.

As demonstrated *infra*, after reading the TLC screenplay, all that remained for Defendant Anderson to do was to exchange synonyms or usage and to insert TCF's <u>Predator</u> into the TLC screenplay.

## SYNOPSIS

14.  TLC and AVP begin with a long ago event that occurs on Earth, not in space, like <u>Alien</u> but in Antarctica, then both screenplays shift to present day with satellites discovering a man made structure beneath the ice of Antarctica.  A technician

---

[1]The creatures in TLC are called Baphomets and in AVP, the creatures are called Aliens and Predators.

4

evaluates the data, alerts a superior and the discovery sets off a rush to investigate the man made structure.  A female protagonist is recruited against her wishes to join a team of armed men and specialists, who then are taken by ship to Antarctica.  Upon their arrival in Antarctica, the team utilizes special equipment to get through the ice and venture through a hazardous inclined tunnel.  During the trip through the tunnel, a near fatal accident occurs but everyone survives.  The team emerges into the ruins of a civilization with a pyramid structure at its center.  Upon the team's arrival, the remnants of an Atlantean civilization are explored, hieroglyphics deciphered and an artifact discovered.

15.  The team disturbs an artifact while vicious creatures are attacking and killing the team members.  Since the discovery poses an immanent threat to humanity because life forms are being released from frozen stasis, the goal of the protagonist and her team is to survive the violent attacks and to escape with the hope of destroying the location and containing the threat.  The protagonist and a remaining ally escape through a portal and a tunnel just prior to a timed atomic explosion, which destroys the setting and saves humanity.

16.  As demonstrated *infra*, the cosmetic changes to the TLC screenplay are apparent through the following character and equipment cross references, as well as, through the outline of

the settings, characters, story and phraseology *infra*.  Also, Defendants did not register an AVP screen play until 2002 or 6 years after Plaintiff's initial registration and did not register the final screenplay until 2004.

## Defendants' Access to TLC

17.  Plaintiff began to research and to write TLC in the spring of 1995 and registered the work with the Writers' Guild of America, East, in August 1996 (Exhibit 1).  Then, Plaintiff hired "script doctors" to polish TLC and immediately marketed TLC and Plaintiff's ideas to the movie industry with the catch phrase in his query letters, such as "If you like *Aliens*, *Stargate* or *Congo*, then call now for a copy" with the expectation or extra added element that if Plaintiff's ideas or TLC were used by anyone, that Plaintiff would receive payment and credit.  Copies of Plaintiff's query letters are attached as Exhibit 7.

18.  The movie industry solicits ideas for films and screenplays from authors directly and indirectly through independent agencies, which review and distribute ideas and screenplays to interested movie industry participants, such as Defendants, who register with these agencies and receive and or download screen plays of interest.  Implicit in these arrangements is that if the ideas or screenplays are utilized, the author will be acknowledged and compensated.  Otherwise, the arrangement wouldn't exist.

6

**The Insiders System for Writers**

19.  <u>The Insiders System for Writers</u> was one of Plaintiff's script doctors and a quarterly publication that described and reviewed new ideas and screenplays.  Film companies subscribed to <u>The Insiders System for Writers</u> and would request that the ideas and screenplays, which had been reviewed, be sent to them for possible use.

20.  Upon information and belief, Davis Entertainment[2], Morgan Creek, Warner Brothers and The Wolper Organization[3] were subscribers and requested and received Plaintiff's ideas and TLC.

21.  TLC was optioned in 1997 by The Wolper Organization and Warner Brothers Television.

**The Film Writer's Literary Agency**

22.  Plaintiff hired the Film Writer's Literary Agency as his agent to market his ideas and TLC to film makers.

23.  Upon information and belief, in 1998, the Film Writer's Literary Agency sent TLC to Ballpark Productions / Interscope; Castle Rock Entertainment; David Foster Productions; Fox 2000; Kopelson Entertainment; M.G.M.; Millbrook Farm Productions;

---

[2]Upon information and belief, Defendant Davis produced, at least, 3 movies with Defendant Anderson, "Resident Evil", "Resident Evil:  Apocalypse" and AVP.

[3]Upon information and belief, Morgan Creek and Warner Brothers Television produced Defendant Anderson's "Soldier".

Ministry of Film; Radiant Productions; Remote Control /
Dreamworks and Watermark.

## Plaintiff's Marketing Efforts

24. When The Wolper Organization's and Warner Brothers
Television's option expired, Plaintiff sent almost 1,200 query
letters to the movie industry.  This effort resulted in
Plaintiff's ideas and TLC being requested and received by the
following movie industry companies including but not limited to
Davis Entertainment, Dogsmile Pictures, Ellechante Literary
Agency, Estephan Talent Agency, Filmwriters Literary Agency, the
Gatsby Group, the Goatsingers, Jay Mahler Entertainment, Morgan
Creek, the Pritcher Foreman Company, the Quillco Agency, the Wax
Agency, the Writers' Store and Zide Entertainment.

## StoryBay.com.

25. TLC and Plaintiff's ideas therein were available to the
film industry to be downloaded from StoryBay.com.

## Defendants' Access to TLC Conclusion

26. In conclusion, Defendants had access to TLC and
Plaintiff's ideas, at least, through Anderson's production
partners, Morgan Creek and Warner Bros.  Also, The Wolper
Organization, a Warner Brothers production entity, previously
optioned TLC.  In addition, Fox 2000 and Davis Entertainment
received copies of TLC and Plaintiff's ideas therein.
Furthermore, no less than 23 other film companies received TLC

8

and Plaintiff's ideas therein in the time frame and Plaintiff individually or through Plaintiff's agents provided TLC marketing material, which likened TLC to <u>Aliens</u>, to almost 1,200 entities.

**382 TLC / AVP Parallels**

27. The necessary combination of elements and their novel twists necessary for a finding of infringement between the works is demonstrated by the following 382 cosmetic changes to TLC's characters, dialogue, equipment, settings and phraseology.

**Character Cross References**

28. As demonstrated *infra*, TLC's characters have their mirror images in AVP's characters. The composition, size, function, descriptions and actions of the groups are virtually the same.

| | AVP | TLC |
|---|---|---|
| 1. | satellite supervisor | satellite supervisor |
| 2. | satellite technician | satellite analyst |
| 3. | Weyland Industries – entity | US Government – entity |
| 4. | Charles Weyland – leader | Thomas McCardle – leader |
| 5. | Stafford – Weyland's | Dillon – McCardle's |
| 6. | enforcer | enforcer |
| 7. | Woods – female protagonist | Graham – female protagonist |
| 8. | Aliens – antagonists | Baphomets – antagonists |
| 9. | Predator – protagonist's ally | Roessler protagonist's ally |
| 10. | Alien Queen – antagonist | Atlantean King-antagonist |
| 11. | Sebastian – glyph specialist | Volker – glyph specialist |
| 12. | Thomas – glyph specialist | Graham – glyph specialist |
| 13. | Mercenaries – cannon fodder | Soldiers – cannon fodder |
| 14. | Miller – armed mercenary | Nugent – armed soldier |
| 15. | Verheiden – armed mercenary | Harper – armed soldier |
| 16. | Conner – armed mercenary | Conrad – armed soldier |
| 17. | Rosseau – armed mercenary | Pitman – armed soldier |
| 18. | Quinn – armed mercenary | Motley – armed soldier |
| 19. | Klause – armed mercenary | Roessler – armed soldier |

9

20.  Stone - armed mercenary          -

## Same Characters - Same Actions - Timing - Description

29.  As noted above, almost all of TLC's characters have a
mirror image AVP character and each TLC character's actions
matches their counterpart AVP character's actions.

30.  The following demonstrates the mirror pattern of
activity with corresponding page references.

| AVP - Weyland Industries (entity) | TLC - US Government (entity) |
|---|---|
| 21.  superimposed introduction 3 | superimposed introduction 6 |
| 22.  satellite reconnaissance 3 | satellite reconnaissance 6 |
| 23.  surprised tech makes discovery 3-4 | surprised tech makes discovery 6-7 |
| 24.  tech uses 3-D computer model 13-14 | tech uses 3-D computer model 6, 25 |
| 25.  the computer model rotates 13-14 in film, not screenplay | the computer model rotates 6, 25 |
| 26.  man made structures under ice 3-4 | man made structures under ice 6 |
| 27.  funds Antarctica mission | funds Antarctica mission |

| AVP - Weyland (leader) | TLC - McCardle (leader) |
|---|---|
| 28.  Weyland introduced 13 | McCardle introduced 15 |
| 29.  uses enforcer (Stafford) to fetch protagonist 6 | uses enforcer (Dillon) to fetch protagonist 15 |
| 30.  uses funding to entice protagonist 5 | uses funding to entice protagonist 21 |
| 31.  agrees with experts that structures seem man made 14-15 | agrees with experts that structures seem man made 25-26 |
| 32.  addresses importance of team being the best 16, 19 | addresses importance of team being the best 30 |
| 33.  meets protagonist 13 | meets protagonist 25 |
| 34.  briefs the situation 13-16 | briefs the situation 25 |
| 35.  declares reason for hurrying to the scene 17 | declares reason for hurrying to scene 26 |
| 36.  dispatches expedition 13 | dispatches expedition 26 |
| 37.  provides the equipment and resources | provides the equipment and resources |

10

## AVP-Stafford (Weyland's enforcer)

38. introduced 6
39. tries to recruit protagonist 6
40. rejected by protagonist 17
41. with Weyland uses funds to entice protagonist to join 5
42. boards ship to Antarctica 11
43. attends shipboard briefing 13-17
44. embarks on mission 22
45. prepares to enter pyramid 36
46. secures area with men 46
47. Stafford's men begin to die 61
48. Stafford dies violently 68

## AVP Lex Woods Protagonist

49. introduced 4
50. meets Stafford (enforcer) 5
51. disinclined to participate 4-19
52. says "Find another guide!" 17
53. gets financial pressure 5
54. gets peer pressure 20-21
55. reluctantly agrees to go 21
56. brought to briefing 9
57. meets Weyland (leader) 13
58. takes ship to Antarctica 11
59. briefed with team regarding strategy 14-17
60. goes through tunnel 28
61. meets an accident in tunnel 37
62. arrives at discovery 37-38
63. studies first set of glyphs / pictograms 39
64. ceiling debris almost hits her colleague 45
65. studies 2nd set of glyphs 41
66. studies 3rd set of glyphs 51-52
67. studies 4th set of glyphs 76
68. escape attempt blocked 67

## TLC-Dillon(McCardles enforcer)

introduced 8
tries to recruit protagonist 17-22
rejected by protagonist 21
with McCardle uses funds to entice protagonist to join 21
boards ship to Antarctica 32
attends shipboard briefing 33

embarks on mission 36
prepares to enter pyramid 42
secures area with men 41
Dillon's men begin to die 59

Dillon dies violently 85

## TLC Katherine Graham Protagonist

introduced 4
meets Dillon (enforcer) 17
disinclined to participate 17-21
says "Get lost!" 21
gets financial pressure 21
gets peer pressure 20-21
reluctantly agrees to go 22
brought to briefing 24-27
meets McCardle (leader) 25
takes ship to Antarctica 32
briefed with team regarding strategy 32-35
goes through tunnel 28
meets an accident in tunnel 34
arrives at discovery 37
studies first set of glyphs / pictograms 44
ceiling debris almost hits her colleague 43
studies 2nd set of glyphs 46
studies 3rd set of glyphs 64-66
studies 4th set of glyphs 70
escape attempt blocked 67

| | | |
|---|---|---|
| 69. | escapes with ally 86 | escapes with ally 103 |
| 70. | pursued by creatures 91 | pursued by creatures 91 |
| 71. | bomb set to destroy setting 90 | bomb set to destroy setting 100 |
| 72. | scrambles to escape blast 90 | scrambles to escape blast 101 |
| 73. | escape blocked by creatures 91 | escape blocked by creatures 92 |
| 74. | kills creature 92 more creatures chase her 94 | kills creature 91 more creatures chase her 92 |
| 75. | escapes through tunnel 93 | escapes through portal 104 |
| 76. | blast follows her through tunnel 94 | blast threatens to follow her through portal 104 |
| 77. | escapes 93 | escapes 104 |
| 78. | setting destroyed by A-bomb 94 | setting destroyed by A-bomb 104 |

**AVP – Predator (protagonist's main ally**

**Roessler (protagonist's main** <u>ally</u>

| | | |
|---|---|---|
| 79. | attacked with protagonist 86 | attached with protagonist 86 |
| 80. | pursued with protagonist by creatures 91 | pursued with protagonist by creatures 91 |
| 81. | fights alongside of protagonist, who kills creature 94 | fights alongside of protagonist, who kills creature 91 |
| 82. | bomb set / countdown 90 | bomb set / countdown 100 |
| 83. | flees main setting 94 | flees main setting 103 |
| 84. | scrambles to escape blast 92 | scrambles to escape blast 101 |
| 85. | escape blocked by creatures 90 | escape blocked by creatures 92 |
| 86. | fights alongside protagonist 92 | fights alongside protagonist 91 |
| 87. | resumes escape before blast 94 | resumes escape before blast 100 |
| 88. | might be engulfed in blast 96 | might be engulfed in blast 104 |
| 89. | escapes through tunnel 95 | escapes through tunnel 104 |

**AVP – De Rosa / Thomas**
**(Glyph Specialists)**

**TLC – Volker / Graham**
**(Glyph Specialists)**

| | | |
|---|---|---|
| 90. | solving riddles at pyramids 6-8 | solving riddles at pyramids 4-5 |
| 91. | implication is that pyramids are from Atlantis 15, 76 | implication is that pyramids are from Atlantis 11-14 |
| 92. | "at least 10,000 years old" 41 | "at least 12,000 years old" 45, 96 |

12

| | | |
|---|---|---|
| 93. | discussion re: discovery rewriting history 38 | discussion re: discovery rewriting history 40 |
| 94. | first hieroglyphics dialogue 39 | first hieroglyphics dialogue 44 |
| 95. | second hieroglyphics dialogue 41 | second hieroglyphics dialogue 46 |
| 96. | third hieroglyphics dialogue 51-52 | third hieroglyphics dialogue 64-66 |
| 97. | fourth hieroglyphics dialogue 76 | fourth hieroglyphics dialogue 70 |
| 98. | Sebastian dies 89 | Volker dies 116 |

**AVP – Aliens – Predators**                     **TLC – Baphomets**

| | | |
|---|---|---|
| 99. | statues 60 | statues 46 |
| 100. | glyphs "predator warriors" 60 | glyphs "guardian warriors" 46 |
| 101. | creature's first attack 47 | creature's first attack 54 |
| 102. | statues come to life 61 | statues come to life 41 |
| 103. | creatures stalk from above 61 | creatures stalk from above 59 |
| 104. | creatures kill from above 61 | creatures kill from above 59 |
| 105. | quietly ambush soldier 61 | quietly ambush soldier 53-54 |
| 106. | creatures show subordination to Queen 87 | creatures show subordination to King 87 |
| 107. | attack on Queen's behalf 89 | attack on King's behalf 87 |
| 108. | chase protagonist and ally 91 | chase protagonist and ally 91 |
| 109. | final attempt to kill protagonist 91 | final attempt to kill protagonist 92 |
| 110. | creatures killed by protagonist 92 | creatures killed by protagonist 92 |
| 111. | creatures share same description | creatures share same description |
| 112. | the same violence throughout | the same violence throughout |

**AVP – Alien Queen**                     **TLC – Atlantean King**

| | | |
|---|---|---|
| 113. | the ice that holds the Queen begins to crack 40 | through the translucent material the King's hand twitches 78 |
| 114. | Queen hatches from frozen stasis 89 | King hatches from frozen stasis 82 |
| 115. | creatures show subordination to Queen 87 | creatures show subordination to King 87 |
| 116. | Queen sics creatures on team 89 | King sics creatures on team 87 |
| 117. | Queen is slain 99 | King is slain 92 |

13

| **AVP - Mercenaries - Cannon Fodder** | **TLC - Soldiers - Cannon Fodder** |
|---|---|
| 118. Klaus killed violently 47 | Conrad killed violently 54 |
| 119. Bass & Stone killed 61 | Pitman killed 61 |
| 120. Rosseau killed 59 | Nugent killed 70 |
| 121. Conner killed 66 | Harper killed 68 |
| 122. Verheiden killed 79 | Motley killed 87 |

| **AVP - Supervisor & Technician** | **TLC - Supervisor & Analyst** |
|---|---|
| 123. supervisor and tech receive surprise information from satellite 3 | supervisor and analyst receive surprise information from satellite 6 |
| 124. information concerns underground discovery in Antarctica 3 | information concerns underground discovery in Antarctica 6 |
| 125. they look at computer model 13 | they look at computer model 6, 25 |
| 126. computer model rotates 14 (in film, not screenplay) | computer model rotates 6, 25 |
| 127. man made structures 3 | man made structures 6 |
| 128. immediately alert superiors 4 | immediately alert superiors 7 |

| **AVP - The Team As A Collective** | **TLC - The Team As A Collective** |
|---|---|
| 129. brought together and introduced 12-17 | brought together and introduced 33-35 |
| 130. taken to Antarctica by ship 11 | taken to Antarctica by ship 25 |
| 131. attend shipboard briefing to discuss strategy / logistics of mission 16 | attend shipboard briefing to discuss strategy / logistics of mission 26 |
| 132. embarks on mission 22 | embarks on mission 36 |
| 133. goes through tunnel 28 | goes through tunnel 28 |
| 134. meets accident in tunnel 37 | meets accident in tunnel 34 |
| 135. arrives at pyramid beneath ice 37-38 | arrives at pyramid beneath ice 39 |
| 136. flares and lights illuminate discovery 37 | flares and lights illuminate discovery 39 |
| 137. awed responses to discovery 38 | awed responses to discovery 40 |
| 138. team unpacks gear 37 | team unpacks gear 42 |
| 139. team heads into discovery / pyramid 38 | team heads into discovery / pyramid 42 |
| 140. 1st set of glyphs examined 39 | 1st set of glyphs examined 44 |
| 141. glyphs are "hybrid" 41 | glyphs are "different" 44 |
| 142. found shaft to another "level" 43 | found way to another "level" 49 |

14

| | | |
|---|---|---|
| 143. | discussion re: temperature getting warmer 46 | discussion re: temperature getting warmer 7, 43, 72 |
| 144. | armed aspect of team secures area 59 | armed aspect of team secures area 41 |
| 145. | team uses radio to find missing mate 58 | team used radio to find missing mate 41 |
| 146. | discussion about rewriting history 38 | discussion about rewriting history 40 |
| 147. | 2nd set of glyphs examined 41 | 2nd set of glyphs examined 46 |
| 148. | debris falls from above 45 | debris falls from above 43, 63, 69, 87, 92 |
| 149. | team discovers 7 relics | team discovers 7 relics |
| 150. | team discovers mysterious | team discovers mysterious |
| 151. | artifact at center of pyramid 50 | artifact at center of pyramid 72-73 |
| 152. | team triggers artifact 56 | team triggers artifact 81 |
| 153. | team member yells warning about trigger 56 | team member yells warning about 81 |
| 154. | team experiences first attack 48 | team experiences first attack 54 |
| 155. | 3rd set of glyphs examined 51-52 | 3rd set of glyphs examined 64-66 |
| 156. | team triggers power source 40, 52 | team triggers power source 50 |
| 157. | team encounters statues 62 | team encounters statues 46, 59 |
| 158. | team plans camp / rest 55 | team plans camp / rest 58 |
| 159. | character slaughter section begins 62 | character slaughter section begins 59 |
| 160. | unknown to team, creatures are stalking them 62 | unknown to team, creatures are stalking them 59 |
| 161. | team members are quietly ambushed 92 | team members are quietly ambushed 53-54 |
| 162. | first report of casualties 64 | first report of casualties 55 |
| 163. | team tries to escape but is blocked 56 | team tries to escape but is blocked 67 |
| 164. | team's enforcer dies 70 | team's enforcer dies 85 |
| 165. | 4th set of glyphs examined 76 | 4th set of glyphs examined 70 |
| 166. | team members examining glyphs are frantic 77 | team members examining glyphs are frantic 70 |
| 167. | character slaughter section ends with 9 killings 84 | character slaughter section ends with 8 killings 87 |
| 168. | creatures race to kill remaining team 89 | creatures race to kill remaining team 87 |
| 169. | remaining team continues to fight / flee 94 | remaining team continues to fight / flee 91 |

## Equipment Cross-References

31. Even the various equipment has a mirror image piece of equipment, which performs the same function.

| AVP | TLC |
|---|---|
| 170. Weyland satellite kicks off adventure | government satellite kicks off adventure |
| 171. ship takes team to Antarctica | ship takes team to Antarctica |
| 172. thermal digging equipment team through inclined tunnel | mini-sub equipment used to get team through inclined tunnel |
| 173. team uses high performance guns | team uses high performance guns |
| 174. laser targeting system on guns | laser targeting system on guns |
| 175. flares | flares |
| 176. radios | radios |
| 177. Alien eggs incubating threat incubating threat to humanity | Atlantean stasis units incubating threat to humanity |
| 178. sarcophagus artifact at center of pyramid triggers events | podium artifact at center of pyramid triggers events |
| 179. predator gun artifact events | crystal artifact escalates events |
| 180. predator wrist A-bomb used at end to destroy setting | US suitcase A-bomb used at end to destroy setting |
| 181. bomb is set to a timer | bomb is set to a timer |

## Settings – Characters – Story

32. The settings, characters and story are the same.

183. AVP   pretitle sequence – "Antarctica 1904" 1-2
     TLC   pretitle sequence - "Antarctica 12,500 years ago" 1-4

183. AVP   superimpose – time shift to "Present day" 2
     TLC   superimpose - time shift to "Present day" 4

184. AVP   satellite in space orbit over Antarctica 2-3
     TLC   satellite in space orbit over Antarctica 6[4]

185. AVP   Weyland Industries - doing satellite reconnaissance 3

---

[4]The same use of satellites.

16

TLC   CIA Headquarters - doing satellite reconnaissance 6[5]

186. AVP   superimpose "Weyland Industries-T.D.R.S. Receiving
           Station" 3
     TLC   superimpose "Central Intelligence Agency" 6

187. AVP   technician & supervisor in a satellite imaging lab 3-4
     TLC   analyst & supervisor in a satellite imaging lab 6-7[6]

188. AVP   a 3 dimensional computer model 14-15
     TLC   a 3 dimensional computer model 6-7, 25

189. AVP   a 3 dimensional computer model is used to demonstrate
           the discovery 14-15
     TLC   a 3 dimensional computer model is used to demonstrate
           the discovery 6-7, 25

190. AVP   the computer model rotates 14-15[7]
     TLC   the computer model rotates 6-7, 25

191. AVP   a computer shows "a pattern of interlocking square
           shapes" 3-4, 14-15
     TLC   a computer shows "infrared grid like patterns" 7, 25

192. AVP   supervisor concludes the computer model shows man-made
           structures 3-4
     TLC   supervisor concludes the computer model shows man-made
           structures 6

193. AVP   leader concludes the computer model shows man-made
           structures 14-15
     TLC   leader concludes the computer model shows man-made
           structures 25-26

194. AVP   supervisor immediately alerts superiors 4
     TLC   supervisor immediately alerts superiors 7

---

[5]The same type of entities.

[6]The same characters.  This scene is barely changed.

[7]The computer model rotates in the film but is not expressly
written into the screenplay.

195. AVP  Max Stafford appears – tough black guy – working for "Weyland" 6

     TLC  Dave Dillon appears – tough black guy – working for "US Gov." 8[8]

196. AVP  Female protagonist Alexa Woods appears[9] (age 34) 4

     TLC  Female protagonist Katherine Graham appears (mid-30's) 4[10]

197. AVP  Sebastian at Mexican pyramid ruins solving riddles 6-9

     TLC  Graham at Egyptian pyramid ruins solving riddles 4-5[11]

198. AVP  "Ancient maps show Antarctica free of ice" 15

     TLC  "As you can see Antarctica is ice free . . . " 11

199. AVP  Stafford pressures female protagonist for mystery mission 4-6

     TLC  Dillon pressures female protagonist for mystery mission 17-18, 20-22

200. AVP  protagonist is disinclined to participate in mission 17

     TLC  protagonist is disinclined to participate in mission 17-21

201. AVP  protagonist says no "find another guide." 17

     TLC  protagonist says no "Get lost!" 21

202. AVP  Stafford entices and threatens female protagonist with funding 5

     TLC  Dillon entices and threatens female protagonist with funding 21

203. AVP  Stafford is enforcer type for Weyland (corp.), which obtained the satellite information

     TLC  Dillon is enforcer type for McCardle (US Gov.), which obtained the satellite information

---

[8]The same characters.

[9]The actress, who portrayed Alexa Woods in the film was 34 years of age.

[10]The same protagonist characters.

[11]The same events establish the pyramids' relation to the story.

204. AVP   female protagonist receives peer pressure 20-21
     TLC   female protagonist receives peer pressure 20-21

205. AVP   female protagonist begrudgingly joins mission 21[12]
     TLC   female protagonist begrudgingly joins mission 22

206. AVP   female protagonist brought to boss for briefing 9
     TLC   female protagonist brought to boss for briefing 24-27

207. AVP   adventure leader is Weyland (corporate) 13
     TLC   adventure leader is McCardle (government) 15[13]

208. AVP   Weyland is head of Weyland Industries, which obtained
           the satellite data
     TLC   McCardle is head of US National Security, which
           obtained the satellite data

209. AVP   female protagonist meets Weyland 15
     TLC   female protagonist meets McCardle 25

210. AVP   Weyland addresses the importance of mission personnel
           being "the best" 16, 19
     TLC   McCardle addresses the importance of mission personnel
           being "the best" 30

211. AVP   Weyland's reason for hurrying to scene is "Others will
           be here soon." 17
     TLC   McCardle's reason for hurrying to scene is to
           "investigate national security." 26

212. AVP   the term "heat bloom" is used to describe the
           findings 14, 62, 80
     TLC   the term "heat bloom" is used to describe the findings
           7

213. AVP   scientific/strategic briefing to the participants about
           the discovery 14-17
     TLC   scientific/strategic briefing to the participants about
           the discovery 6-7, 11-14

---

[12]Both works at 21-22 lead the reader to believe that the
protagonist is not going to join the expedition but the next
scenes have the protagonist joining the expedition.

[13]These are the same character.

19

214. AVP includes almost identical specific scientific dialogue about the satellite discovery 14-16
     TLC includes almost identical specific scientific dialogue about the satellite discovery 7, 25

215. AVP the expedition is brought together and introduced for the first time 12-17
     TLC the expedition is brought together and introduced for the first time 33-35

216. AVP the expedition is taken to Antarctica via a ship, *i.e.*, an ice breaking ship 11 *et seq*
     TLC the expedition is taken to Antarctica via a ship, *i.e.*, a US submarine 32 et seq[14]

217. AVP there is a briefing aboard ship en route to Antarctica 13
     TLC there is a briefing aboard ship en route to Antarctica 33

218. AVP there is joking as the team meets for its briefing alongside special equipment 12-13
     TLC there is joking as the team meets for its briefing alongside special equipment 32-35

219. AVP "Ancient maps show Antarctica free of ice." 15
     TLC ". . . Antarctica is ice free" 11

220. AVP expedition personnel discuss how to get to the location 16
     TLC expedition personnel discuss how to get to the location 26

221. AVP tunnel discovery 28
     TLC tunnel discovery 7

222. AVP thermal digging equipment is to be used to get through ice 12
     TLC miniature sub is to be used to get through ice 30[15]

223. AVP tunnel described as "drilled at a perfect 30 degree angle" 29
     TLC tunnel described as "being on an incline" 26

---

[14]These are the same equipment.

[15]These are the same equipment.

20

224. AVP   the team leader at the mission kick-off says "Move
           these Haaglunds out." 22
     TLC   the team leader at the mission kick-off says "De-couple
           the Sandshark." 36

225. AVP   the characters make small talk and bond in vehicles to
           tunnel 24-27
     TLC   the characters make small talk and bond in vehicles to
           tunnel 36

226. AVP   the team takes an inclined tunnel down to pyramid 33-37
     TLC   the team takes an inclined tunnel up to pyramid 36-38

227. AVP   an almost fatal accident occurs during trip through
           tunnel 34-35
     TLC   an almost fatal accident occurs during trip through
           tunnel 37

228. AVP   the team travels through an inclined tunnel to the main
           setting, a pyramid beneath the ice of Antarctica 37-38
     TLC   the team travels through inclined tunnel to the main
           setting, a pyramid beneath the ice of Antarctica 39

229. AVP   "The master culture from which all others are derived."
           15
     TLC   "Antarctica and Atlantis are the same." 14

230. AVP   "a cool blue flare illuminates" . . . "the ice grotto"
           37
     TLC   "dim bluish light illuminates the icy ceiling" 39[16]

231. AVP   the team uses flares 37
     TLC   the team uses flares 47 *et seq*[17]

232. AVP   team has same awed responses to the historical
           discovery 38
     TLC   team has same awed responses to the historical
           discovery 40

---

[16]Both works have the same setting including place,
visuals, coloration, etc.

[17]The equipment is the same.

21

233. AVP  team unpacks gear and prepares to enter tunnel 37
     TLC  team unpacks gear and prepares to enter tunnel 42

234. AVP  team reads first set of glyphs to determine origin of
          the place 39
     TLC  team reads first set of glyphs to determine origin of
          the place 44

235. AVP  "This reading says these stones are at least 10,000
          years old." 41
     TLC  "How old is this place?" "at least 12,000 years old"
          45, 96

236. AVP  the main setting shimmers, is translucent with blue ice
          crystals 37-38
     TLC  the main setting glistens, is luminescent with bluish
          light 39

237. AVP  "Two thirds of the magnificent structure is fully
          visible, the rest is buried in the translucent walls of
          the ice cave." 38
     TLC  "The top twenty percent of it casts a haunting
          luminescence." 39

238. AVP  that the temperature is getting warmer is addressed in
          dialogue 46
     TLC  that the temperature in the setting is getting warmer
          is addressed in dialogue 7, 43, 72

239. AVP  armed team led by Stafford and mercenaries secures the
     area  with high performance machine guns 59
     TLC  armed team led by Dillon and soldiers secures the area
          with high performance machine guns 41[18]

240. AVP  the team uses radios to communicate during the
          expedition 58
     TLC  the team uses radios to communicate during the
          expedition 41[19]

---

[18]The equipment and activity are the same.

[19]The equipment is the same.

22

241. AVP   an armed team uses laser targeting to enhance film
           effect.  (This occurs in the film but not in the
           script.)
     TLC   in screenplay, an armed team uses laser targeting 41[20]

242. AVP   discussion about the participants' discovery rewriting
           human history 38
     TLC   discussion about the participants' discovery rewriting
           human history 40

243. AVP   a second set of glyphs are examined for clues 41
     TLC   a second set of glyphs are examined for clues 46

244. AVP   dangerous and surprising debris falls from ceiling 45
     TLC   dangerous and surprising debris falls from ceiling 43,
           56, 63, 69, 87, 92

245. AVP   the team discovers a mysterious artifact at the heart
           of the pyramid, a "sarcophagus" 50
     TLC   the team discovers a mysterious artifact at the heart
           of the pyramid, a "podium" 72-73

246. AVP   team member yells warning not to touch trigger 56
     TLC  team member yells warning not to touch trigger 81

247. AVP   inside the sarcophagus are guns, which when touched "a
           hidden trigger . . . is activated" 56
     TLC   inside the podium is a crystal, which when touched
           "triggered a reaction" 81

248. AVP   when the trigger is activated, the crisis escalates 56
     TLC   when the crystal is triggered, the  crisis escalates 80

249. AVP   the Queen is awakening, "Suddenly, the ice begins to
           crack!" 41
     TLC   the King is awakening, "Through translucent material,
           the hand twitches" 78

250. AVP   the Queen awakens from stasis in a special chamber 41
     TLC   the King awakens from stasis in a special chamber 81

251. AVP   the first attacks feature the creatures against the
           team 48
     TLC   the first attacks feature the creatures against the
           team 54

---

[20]The equipment is the same.